IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Karen Moore
421 Oxford Rd.
Ladson, SC 29456

VS.

Judge Kristi Lea Harrington, Caroline Leonard,
Bonnie L. Campbell, J.C. Nicholson, J.R., Charleston
County
100 Broad St.
Charleston, SC 29401

**Complaint**

Civil Case No. 2:13-CV-3033-RMG-BM

The Federal Courts have jurisdiction because my complaint regards Constitutional law being violated, specifically my First Amendment right to bring a grievance to the government. I believe this would be under Federal Question 28 U.S.C 1331. I was thrown out of court as a pro se litigant for not having an attorney. I was also delayed beyond a time scope that is usual for other court cases similar to my own. The events happened at 100 Broad St., Charleston ,SC 29401.

Allegation 1

Over a course of one year, the Charleston County Court clerks Caroline Leonard, Bonnie L. Campbell have consistently protected their staff as they deflected me from bringing my petitions to the government. The average appeal was heard in 3 to 6 months. My case still hasn't been heard. The appeal that I entered a year ago still has not been put on the court docket.

Allegation 2

Judge Nicholson did not respect my rights under the law in court in that he didn't address me or acknowledge my rights as a pro se litigant, even though the law allows for it. He continued to refer to me as Mrs. Moore, but not Miss Moore. He also asked the opposing counsel what he thought in terms of whether or not I was competent enough to proceed or did he need to get a guardian for me. He sneered at me concerning the appeal having to be heard first, as though I worked in the clerk's office. He then said a letter would be sent letting me know when my appeal date would be heard. They sent me another set of court dates for motions and not the appeal.

Allegation 3

Judge Harrington refused to hear me in her court room because I wasn't an attorney. She reminded me that she does have a law degree and not to come back to her court room without an attorney. This was a direct violation of my first amendment right to petition the government. I was given permission to proceed informa pauperis. I believe this was a slight at me for being poor and that illness was offensive to her. I have since apologized to the Judge for this; however, this does not allow for her to circumvent my constitutional right to be heard without an attorney.

Allegation 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Bonnie Campbell deflected my complaints regarding repeat documentation being given to me. (See different dates.) The have constantly been giving me the run around at that office.

Relief Sought

I am asking that non-redacted copies of court cases heard by both Judge Harrington and Judge Nicholson be requested by the court and entered into evidence because of cost issues. I am also asking that the information be forwarded to the Department of Justice for possible criminal violations including treason parties listed in the complaint in that they are all legally versed in the law and should have known not to do this.

I am asking that they be temporarily removed from the bench until such time a trial can be heard.

I am asking for damages of $100,000 from each defendant in that their shenanigans blocked me from getting this legal matter behind me so that I can get back to my medical illness and my business. The time spent creating revenue was wasted on the court clerks' and Judges' hubris.

Karen Moore
421 Oxford Rd.
Ladson, SC 29456
843-751-8996